**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JEREMIAH FOGLE,**

**Plaintiff,**

**v.** **Case No. 4:26cv329-MCR/MJF**

**FLETCHER and MADDOX,**

**Defendants.**
_______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation on October 2, 2026. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice—pursuant to the Court's inherent authority to manage its docket and enforce the Local Rules—based on

Plaintiff's failure to comply with the complaint form's explicit instructions and failure to truthfully disclose his litigation history.

3. The clerk of the court is directed to enter judgment accordingly and close the case file.

**DONE AND ORDERED** this 18th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**